Douglas J. Pick, Esq.
Eric C. Zabicki, Esq.
**PICK & ZABICKI LLP**
Proposed Counsel to the Debtor-Plaintiff
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re:<br>PRIME HOTEL MANAGEMENT LLC,<br><br>Debtor. | Chapter 11<br>Case No. 18-10221 (SHL) |

------------------------------------------------------------x

| | |
|---|---|
| PRIME HOTEL MANAGEMENT LLC,<br><br>Plaintiff,<br>-against-<br><br>CENTURY CAPITAL PARTNERS LLC,<br><br>Defendant. | Adv. Proc. 18-01009 (SHL)<br><br><br><br>**AFFIDAVIT OF SERVICE** |

------------------------------------------------------------x

STATE OF NEW YORK     )
                                        ) ss.:
COUNTY OF NEW YORK )

      NANCY J. NEUBAUER, being duly sworn, deposes and says:

      I am not a party to the action. I am over the age of eighteen years and reside in New York County, New York.

      On February 1, 2018, I served that certain *Summons and Notice of Pretrial Conference in an Adversary Proceeding*, along with a copy of the corresponding *Complaint to Avoid Judgment Lien as a Preferential Transfer Pursuant to 11 U.S.C. §547*, with regard to the above-captioned adversary proceeding by depositing true copies of same, enclosed in properly addressed envelopes, in a post office depository under the exclusive care and custody of the United States Postal Service within the State of New York for regular, first class United States mail, postage fully

pre-paid, addressed to Century Capital Partners LLC, 336 West Passaic Street, Suite 310, Rochelle Park, New Jersey 07662, Attn: Officer, General or Managing Agent.

_____
NANCY J. NEUBAUER

Sworn to before me this
1st day of February, 2018

_____

ERIC C. ZABICKI
Notary Public, State of New York
No. 02ZA6078736
Qualified in New York County
Commission Expires August 5, 20_18_