UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                                                          Chapter 11
PRIME HOTEL MANAGEMENT LLC,                               Case No. 18-10221 (SHL)

                              Debtor.
----------------------------------------------------------x
PRIME HOTEL MANAGEMENT LLC,
                                                                             Adv. Proc. 18-01009 (SHL)
                              Plaintiff,
    -against-

CENTURY CAPITAL PARTNERS LLC,

                              Defendant.
----------------------------------------------------------x

## INITIAL PRETRIAL SCHEDULING ORDER

Counsel to respective parties to the above-captioned adversary proceeding having conferred with each other and having agreed with regard to the dates and deadlines listed below; and after due deliberation, it is hereby

**ORDERED**, that the parties shall exchange all disclosures required by Rule 7026 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by not later than April 6, 2018; and it is further

**ORDERED**, that the parties shall serve their respective discovery requests, if any, pursuant to Bankruptcy Rules 7030, 7033, 7034, 7036 and/or any other section of Part VII of the Bankruptcy Rules so as to be received on or before April 6, 2018 and responses thereto shall be served by the respective parties so as to be received on or before April 27, 2018;

**ORDERED**, that all fact discovery shall be completed by May 18, 2018 subject to extension by the Court; and it is further

**ORDERED**, that all expert discovery shall be completed by June 18, 2018 subject to extension by the Court; and it is further

**ORDERED**, that a final pretrial conference will be held on **July 17, 2018 at 10:00 a.m.** In the event that a dispositive motion is filed, the Court will adjourn the final pretrial conference to the date of such hearing. At the final pretrial conference, the Court will issue a Final Pretrial Order scheduling, among other things, the deadline for filing a joint pretrial memorandum and scheduling a trial date; and it is further

**ORDERED**, that any failure by either party to comply with the dates and deadlines established by this Initial Pretrial Scheduling Order may result in sanctions against the non-complying party including, but not limited to, the entry of judgment against the non-complying party.

Dated: New York, New York
April 3, 2018

*/s/ Sean H. Lane*
HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE